Today's cases will be called as previously announced times will be as allotted to counsel The first case today is number 2 1 dash 1 2 3 2 Julio Ortiz-Resto et al Versus Thomas Rivera-Schatz et al at this time would counsel for the appellants Please come to the podium and introduce himself on the record to begin Requests for minutes from the bottom. You have three. Three. Yeah These appeal can be resolved considering a massive confirmation order because it bars this indirect claims against all defendants Because this claims are indirect claims of this court's decision framework in Victor's handout And even if this case revives the confirmation order Qualified immunity requires reversal because plaintiff did not show that the law was clearly established in 2017 When plaintiffs were dismissed Can I start you on the second piece? Unless you Start you on the Second piece because if I understand the criminal question we have to address is whether we have held Restriction over the appeal of the qualified immunity correct Yes, sir There's also an issue regarding There's two there's a conscious first one if promise up, but just as the pure pellet jurisdiction This is the people from the qualified immunity Right. Yes, sir. I'm the bar Yeah, exactly. So on that we can't touch the qualified Ruling if there's a factual dispute that's embedded basically in your claim in your appeal of the decision and as I understand it's the asserted factual dispute goes to the nature of So could you just address that point and why in your view? This is a qualified immunity appeal that fits within Johnson's up. So we have a culture There are our contention is that this is pure legal issue if we look at the district court's decision Our contention is that it inserted subjective tests into the qualifying unity examination So for example, the district court said that it had to look So what defendants thought at the time of the dismissals and if defendants at that time if they? attacked Okay, and the question of whether it's test one or test two you say just a purely legal It's a really good question. Let's say we agree with you on that. So we assume Purposes of your thing that that's purely legal question and let's assume also the relevant question It's just what are the objective job duties from the perspective of reasonable? Official who's making a decision whether to terminate or not? Okay, as I read the district court opinion when it gets into what are those job duties from the perspective of the reasonable governmental official I Think him to be suggesting there is a factual dispute about what those job duties actually are which is at the same point From the question of whether it matters if the firing official Did a subjective inquiry or not? Do you see the difference? Yes, sir Can you address that last point then because if there is a factual dispute on that point then we would have a constant problem That's true. Yes, sir. So for the purpose of the appeals On this court has said in our decisions We're taking these facts as alleged as true for purposes of the appeal So so we are not disputing any facts and we're taking us to the record as read by the district court But we are question is the legal examination of the district court where the district court inserted a subjective diligence test Now it's in part in part based in Make your story as they send a conference and he said It's just Asking something different But we're assuming the district court looked at the facts as the district court saw them to be objectively The district court found that there were facts in dispute as to what the job duties of these folks actually was And then an objective first looking at the job duties Because it's actually this group could not You could not come to it And so what what are you saying Is wrong about the district courts determination that looking at the record as it currently stands That that was not an issue for the jury The first thing is that the district court it provided excessive weight to other plaintiffs Saying that the decisions given that that that that What a sound that that's not good That's making me nervous when you say that because that sounds like you are not liking the factual Assessments districts were made which could be wrong and at the end of the day, you'll definitely have your shot but on an interlocutory appeal If you want us to make a judgment this report is wrong because it gave too much weight to certain facts rather than other facts During What I'm trying to say is that don't but the district court did was not using a hypothetical Reasonable official test is it provided Positions and and that's and that's the district could do that But at the end of the day what the district court had to do was to decide if the law was clearly established at that time The court is supposed to look at what the plaintiffs say they did because that's part of an objective determination of their job Now your first argument is is the court is obviously inserted a different kind of look but that's that's different from the court Considering what the plaintiffs say that their job Where my response to that would be that this court has said that actually Not this father that Court should look into our duties as they are in the job description says Say I did this I did that by the end of the day. This is what the job description says What should come from and and what a reasonable people have thought in this case? Is that in 2017 the law was clearly established so just let me just let me Are you saying that the declarations cannot be considered Your honor I do think they Can be considered but what I'm saying is that also if they can't get to this so it can be considered and Then we have declarations where they're They're saying what their job duties were Which the district court would lie. Are you saying that? aspects of those Declarations should not have been considered by the district court What I'm saying is that on the just answer my question for the district court could consider and if I did consider Actual functions of the plaintiff said they would meet and in light of Some adjustment salary And the district court did it but what I'm saying is that  narrow question and that now the question is if the law was clearly established at that time and If we apply the qualifying immunity test when you say from the read just so I understand from the reasonable government officials perspective What is it in the record that you think? supports qualified immunity What is it that that that officials looking at and it's entitled to look at only that? If we see in the record Going to appendix 27 21 30 90 2046 and 2047. So there you see the job descriptions for Where are those coming from the job descriptions are listed with what is the source in those exhibits? What is the source of the job description? the source and the source is Is our official job decisions from the Senate and they're in the summer given this? Okay, so there's the official job description and is your position is Once there is such an official job description testimony From the job holders about what the official job functions were is irrelevant. Is that the idea? They will be relevant if they are not in accordance with the test But that means that if the law was clearly established We have to think just to give you an example job description here it is it's called title job description that lists certain thing It's vague It's not entirely clear what's in that right how the public facing is it how much discretion do you have you can't tell from the list Then we have the person who has the job testifies here were my official function That makes it clearer if you believe that the deposition That actually some of what they did that what they did was protect Okay, you couldn't see it was protected just looking at the description But when you listen to their testimony, if you believe that it would show that it was protected in your view Is the official fire? Entitled to qualified immunity just because the job description is vague Even if there's also testimony in the record from the employees saying here's what my official duties were That clear it up in a way that shows it's protected Well, this is not a trick question Description of this court has said the job description is an accurate Description when you say it, what is that? What does that mean? Would you say if it's an accurate description in a case in which the Employee has given deposition testimony or it's in the record saying Here's what I actually do and the description is vague. Not merely inconsistent with what they're saying And what they're saying if believed could lead a jury to conclude. It's protected So in that sense the question should be whether a reasonable official thought at that time with this job descriptions Just the job description and we don't look at the First sorry judgment Yes If you're saying that the only thing we could Objectively reasonable person to look at is the resume or if you're also saying that that person should take an into consideration The deposition testimony of those individuals who flesh out what their job responsibilities are So Our position is that when the district court Depart from the qualifying We agree Okay, let's imagine we agree with that part of the analysis just ran for present purposes. You're right Okay, can't say no qualified community because the reasonable official didn't inquire her Say you're right You still can't win Unless there's no factual dispute when we just look at it objectively as to what the Job duties officially are and what we keep asking you is get that part of the inquiry Do we look only at the resume or job description or do we look at the record as a whole? including the Testimony about what the official job functions were from the employee Yes, the court can look into all the records Things that we know But even if taking this course and Johnson just as far as being he said to If the appellant takes as true The plaintiffs facts and in like in like most errors point this obviously to If that happens the court has jurisdiction. There are no questioning facts after this Person facts, we're taking all the facts that they say as true We can take everything The job description at the time a reasonable official as the district court judge Lafitte You should have been on the inside in our brief. I will carry the same positions in the Senate 2004 same positions Yes, I think that is I have been it wasn't very stylish at the time and even the site that they were Same position protocol officer and the SL division and that case is a regular brief So we think that if a reasonable judge thought at that time that even they were protected a reasonable official with this record But to do it doesn't seem Okay Oh So This word knows speaking on behalf of the board and this is what also is an argument in a real So the board is arguing that case and the board is the sole representative of the court side works with all the vendors Are as I'm not arguing on behalf of the better how easy to different decision and Response to any questions. Well, let's say I take it if we agreed with you that we had a fellow jurisdiction over the qualified immunity and we Came to the conclusion that you were Entitled to qualify. Okay, you have a position of whether we would have to address the pervasive issues So Yes, your honor our position is that the promissory issue disposes of all the claims If we ruled that you we have a fellow jurisdiction on the qualified And we agreed with you that you were entitled to qualified immunity Would we have to address the pervasive issue before we could render that ruling because of the potential jurisdictional obstacles? To us doing so. Yes The court has to address the permission issue first and and can you explain why because I think we Thought there was no appellate jurisdiction over the qualified immunity appeal I Don't see why we would have to talk about the way said at all And if we're going to grant you qualified immunity Wouldn't we be just dismissing the claims on jurisdictional grounds. Why would we have to address the alternative jurisdictional ground? That remains involved. So so our position is that the Question is that the court should address the permissive issues first Just because it's a both issues are Justifying they bar the claims, but at the end of the day the the discharge injunction, it's since so So our position is that the court should address that I Don't know what we want, but but we can't really so legally do we have Me that there's no there's no Obligation to go ahead that way, but we don't think there is Do you think I mean there's as I said, the it's 22 so The case of state for example, so so this is an issue that has been Litigated and it's it's on the record. So so yes, we think the court should do it first and I think the court is obligated to do it because it's The title three courts most recent decision is currently on appeal to us Yeah, and so in that case the title three court that suits Against people in their individuals in their personal capacity are not impacted by the discharge injunction And So why would that not? It's on appeal. But right now that's the Messy case which is what this would be Never are so dirty. We have this report decision from this swing Deciding that our position and going what the board has said in our cases is that this personal capacity claims are In their claims and that they guess it better and the discourse framework is well that I recognize it was Decided in the state Stage of the case. We think that framework controls and Judge Wayne disagreed that that case controlled Yes, your honor Certainly know that respect judge Swain's decision we think That's okay should be over to the end. So so should we be the panel that overrules it? Should we address it should we address that jurisdictional issue if we rule with your favor? Yes, your honor. I think We could address the issue, but we should not we don't we don't object to We have to this We don't we don't object surely to so we do what you don't get to us But for the silent nation in their Dallas Korea case, so you object to that which I think that if you legally think we have to I Think I do think the court has to address first Are you saying that the promised issue you think has to be addressed first? Yes Which I'm not I see How you could think that though? It's not entirely clear to me. That's true with respect to the Appellate jurisdiction question on the introductory appeal under Johnson, but assuming that we had a public jurisdiction you think then we've got to do the Promised issue first are you saying but you wouldn't object to us holding this appeal in a banks? until the panel that's scheduled to hear from that won't be on that issue rule and then at that point that that that would I Guess we just need to know what plaintiffs think of that, but the consequence that you would not get qualified But then again, they wouldn't get their case That's the basic, but that's what would happen in that interim period We'd be waiting for the other panel to decide this probation and then what would happen in this appeal Just would be sitting here Thompson was saying we do recognize that Three days Not only this case more cases probably and In that sense the Respect of judicial proceedings and the fact that the board is the one I mean ladies in that case that the records are fully developed in that case That's the only issue in that case so we we don't object So are you saying that this panel should not be aside from from the narrow? jurisdictional Force because this is a collateral we are are you saying that we shouldn't address the Progressive issue because the board is not a participate the participant in this Assuming The Reason issue that the court decides to to wait for the artist to be assigned What we're saying is that we want to check? that And it's not just how would the path that's we hold in the veins until that side What then do we do given that we notice how the panel is going to be deciding What would we if we didn't hold in the veins What are we supposed to do we have the title three quarter as to these parties right Correct right and And just confidence that that would appear to be Law of the case in this case in your notice of appeal You never appealed that judgment right in this case Yeah, no So why isn't that just the purpose of this case law of the case? And that wouldn't have any effect on what the other panel does So Why would we wait for some other panel? It's just you had the title report rules in this case adversity to you you didn't appeal So why is that just the law of the case for this case no matter what happens in the other appeal? So our position is that Whatever Happened the case obviously so now pay this case, but our position is that why? It's important if the other panel decides the discharge injunction of isoparietal capacity claims Both things are are barred would that affect you in this case when the title three report made an unappealed Determination that your case is subject to the discharge. I mean is not subject to the discharge So our Because at the end of the day If this circuit decides that personal capacity claims are barred that should be the law of the circuit And that's going to be and that's what I think this case move You can get Doesn't matter the first of the world history of the cases are yes, it's just a matter of your station If the court adopts judge swings reason The report decides that the claims are no part then Should enter Issue on the merits after deciding that it's a collateral order Yes, the our position is that it should decide by immunity on the merits We should not decide the phone execution I I Think the question decided on the station to first before the other panel It's really good, but as I said we do not object if the court wants to wait for your panel and If we were to go before the other panel What what would? justify us Overlooking the unappealed Determination by the district The best in this case that these claims are not discharged, but what would be the legal? Rubric under which we could ignore the fact that you didn't appeal that you'd say it's jurisdictional in nature Mayor and At the end of the day the claims are barred the claims are barred and it doesn't matter Everything's called when you say that even if when you say it starts, but you say it's jurisdictional Do you mean it's like or it will be subject matter jurisdiction? What I'm saying is that on the bankers quote and as a commission order considering those those documents In the back of scope it will be non-employee on their 944 waiting statutory jurisdiction Sorry to see you can wait statutory jurisdictions if you're not saying it's our pre-jurisdiction Why are why is it just statutory jurisdiction wait since you're not challenging it work or I mean it's it's just jurisdiction the funny terms So there's jurisdiction That we could laugh Because the statute didn't invest us with jurisdiction Or there's things that people call jurisdiction which are not really jurisdictional in that sense and therefore are we? Do we know clearly whether the discharge issue is a Jurisdictional bar in the sense that it's non-waiver home It was so so our position part of the question will be that it's non-regulable in the sense that nine for me discharge all claims and If they did this on the discourse of house Division if this is a plane it will be discharging. Oh wait, but I guess what we're asking is nine point four B says that But there's this competing question about whether the district court interpretation of the discharging order excluding these things is permissible right You didn't feel the district court's judgment saying these weren't were excluded that therefore not to start threaten So correct I mean Yeah, okay, so you did not appeal that so we have a judgment from the district court now, you're saying there's nonetheless a jurisdictional problem with that ruling That would entitle us to ignore The unappealed judgment that's called the case Saying these planes are not discharged What's the authority for us to do that? So the authority would be confirmation order 944 B and the interpretation that the district court Said in this case our position is that it's incorrect. So in that sense if the Are they when you're I guess we're asking are you entitled to basically not appeal the judgment in this case? Disagreeing with you on that and nonetheless have us now Revisit that interpretation of the order What would entitle us to do that? so as I said if the if the claims are bar number 944 B and if the claims are borrowed under the confirmation order and Our position is that's a jurisdictional argument that render Do I have a district court to say, well, boy, that's how many other cases But didn't the district court come to that conclusion by interpreting 944 B and the discharge order? The district court concluded that these planes were not discharged by interpreting 944 B and the discharge order, right? We're talking about the unappealed judgment in this case saying that these planes were not discharged If that's the way the district court said If that is what the district court said then there's just an unappealed judgment about what 944 B means you can And now collaterally attack that you had your chance to appeal it and you didn't So in that sense our position is that with the confirmation order and from ESSA and What 944 B means and because even considering that this case was stated At some point and then plaintiffs suddenly So it was treated as a claim for state purposes and now It should be treated as a claim for discharge purposes. So that would be probably The way to see it if the if something is a state it's claimed so it was barred for state purposes It was barred for state purposes. Our position is that it should be barred for discharge purposes Thank You counsel at this time would counsel for the a police, please come and introduce himself on the record to begin And The court the local court he ruled that there were issues of that regarding the duties that these Articulately Plaintiffs were doing that merited the matter to go into a jury With that kind of record But You In if we find no first people Said there's no One Decision so the only appeal here is from the Issue to come here There was no On the Issue is that an article pre-jurisdiction Interpretation Which is not controlling Work is not a higher court than this one for it to be controlling it would have to be a higher court But it does come as the way it was not appeal in this case That would be the state for terms of this case and it doesn't matter what happens in the promise I guess they saw because in this particular case this was not a deal So in this case the rights are bound by the by the ruling we share Greece specifically says that Actions And that's based on that was based on an interpretation of 994 and the order now maybe wrong I Becomes the law of the case when when he was on a meal for Happily, I'm just to play this out. I don't understand that. That's right The minute that other panel That's dealing with the same issue, but obviously a different case, but more generally Suppose that other panel now says, oh These claims are discharged Even even after that Because for purposes of this case Moving by the court was not appeal and It cannot be after the fact by an appeal done by another by which is not the only reason Just wondering about that since it's an ongoing Issue not like it's a damage claim something like that the question of whether it's discharged or not Why wouldn't the title three court be obliged to revisit That ruling post the other panel's decision Because It's not based on I don't believe your speech on issue is based on interpretation And it's not about interpretation of what the discharge and if the next panel disagrees You say they did that there besides that they said I thought what's going to happen in this case? Won't the title report have to revisit their decision about whether this claim of discharge? To at least in my opinion, and I am aware that this is subject to the But it is debatable So does that counsel in favor of us holding because of that does that counsel in favor of us holding in advance the Promotion issue At least not the qualified immunity the power jurisdiction that we decide for you on that that would be There's a movie But here's here's the reality We don't issue these opinions five seconds after we hear the case takes us a while so one could imagine working away an opinion Only to find out that the other panel now has come out with this other decision, which will create a debatable issue About what we're working on on the formation issue is worth anything So another way to handle that would be why don't we just wait on the probation issue to see what happens in that appeal? Is there a problem with us doing this? What's the problem? What's the problem? There's no At this particular point from the Promisor board that Wants anything else from you in terms of jurisdiction their ruling by the promisor board was not appealed in this case Yeah, but you acknowledge that when the other panel rules that the rules the other way that might affect Whether from a civil bar disclaim There are two types of ruling that the court would make and that's on the ruling She's in question there is strictly Interpretation we don't even know what the basis of that is going to be. That's why we were waiting to see what it is Yeah, what happens is that even if the court decides it has the next one asked is what is the harm to you of us waiting? These plaintiffs have waited for years and years and years for remedy our main plaintiff died in waiting for this case This case has to be heard at some point the case is ready for trial Discovery was done. There are plaintiffs the financing their personal capacity there and There's no reason whatsoever All these innovations or to wait anymore. There's no There are speculative set of potential facts. We should go into a debate I Okay You started by saying I think there's a there's a disputed back there for it's for the jury Yeah, but I want you to focus on a different question Under Jonathan for us to have interoperatorial jurisdiction They have to be bringing a appeal that takes all the facts in your favor And then be making a legal argument as long as that's what they're doing. We have a culture system doesn't mean they win Don't be at least have a color jurisdiction Right. Yes, and they as I'm understanding them seem to be saying They're not disputing any Factual representation made by your I Could you identify for us What you understand to be? The fact that they are disputed the facts they are disputing in bringing their appeal. Okay. What are those facts? They were the presumptive Weight even to the description The the gist of the matter or at least how they put it is that These three positions are policy-making positions. And for example, let's take the office of protocol position She's one of the two positions To position You say the gist of their position is that their policy-making yes That these are policy-making positions and let me tell you why this is very very strongly fact-based if you go if you see You will see that there are duties that are specifically and directly you can see from the Obviously And what they were trying to do even better was my best What the job description Was saying this is not the case here. The job descriptions and you can read them are very vague And it says for example And so the office of protocol that that she was That she reads persons that come to the offices and so on and so forth they Defendants say that these persons these persons in particular persons are representative of the Senate of the president of the Senate You cannot discern that from the job description. You have to go Through the actual testing By the by the person involved who said of course no I remember I never speak with the president of the Senate Okay, so the characterization that they are representative of the Senate you say is Necessarily an assertion about what the fact show. Yes And the record doesn't The district court didn't agree with that factual description Oh, okay, and so just can I just this is helpful to me because we would have you tell me if this makes sense of what you're saying Level one X employee works from 8 a.m. To 4 p.m. Monday through Friday. That's a pure fact right level 2 While they work here 8 a.m. To 4 p.m. They represent the Senate you're saying that's back Well a factual claim, right? You're saying that's factual claim. Well, it just just it depends on how you describe Any person that works in the Senate? I'm not It's open. Well, let me go to the level threes. You'll see what? Level one they work from 8 to 4 Monday through Friday level 2. They're a representative of Senate level 3 They're a policymaker. Yes, the third one is a legal claim. Yes Is the second one that they're a representative of the Senate in your view a factual claim or a legal claim? Okay, so that's that that's why you say They are Necessarily disputing the factual record in bringing their appeal because the district court made no determination that the undisputed facts Show that they were represented That is what in fact of this because it's Because the gist of the policymaking argument is that this particular person that engaged in During activities It's somehow Can I ask you just one twist on that? Suppose their position is not This person is a representative of the Senate back to show that Suppose they said a reasonable person would have bought that that's why they're entitled to If you see this All the factors like relative pay that the legal competence I'm going to speak in the name policy makers Says that they have signed for holes in a Only perception one that we live in official the very school that they Understood Responding And Besides if you go to this time, but you see there's just a time fine line I don't know quite how to draw it between what the record just let me finish with what the record shows and What on this record a reasonable official could? include So that's the only thing that's relevant and for their appeal all they're claiming is a reasonable official could include these things from this General sense Will she be she's quite because what they're saying Is that they are closed policymakers and they carry out the policies of the policy makers and then represent the policy makers and Others can see them as representing the policy makers and the record the position testing Clearly doesn't show that and they don't description is so general in terms of what the person does in his interaction with others that Reason by the court, which means the same that that she's basically And the other Service for citizens A Objectively reasonable person Just looking at the job description about the definition just looking at the job descriptions Have reasonably concluded that these people know No, if you look at the job descriptions and you can see let's take one as an example the protocol officer description It says that she was She she has a uniform when she said and she's in charge of placing Because of the ambiguity in the job description an objectively reasonable person then necessarily Had to go beyond the job description and As well the actual duties of that person This is a presumptive description of the person You Very good  What This is time for is that if there's something here, that's very specific you cannot like this in one shame and The record is something that's developed after the fact the litigation That's so I'm trying to figure out if at the moment the decision is made That is the job description is made they at that moment before they Obligation to do more to determine the actual What is what is the decision-maker have to stop You said the label position from the Senate  Didn't see the description and that's that's why the points out the dissent from the various case because he says she says he says that she says That that at some point she understands on there. She's understand that the state of the law is different When you see things from the perspective of the reason out of officer Our reason That just rely on the Trust or carrier able even to a position what's not you know? That's not what the caseload said Well, that's not the way Because If you So just last point You're saying that's on the merits of the qualified immunity Yes, they're trying to get us to our best appeal. There's a prior question Do we have jurisdiction over that question? No, and that turns on whether they are making an argument that speaks of that that the district were Understood to be the case. I haven't quite heard from you What do you think they're taking issue with you said you're taking issue with? Activation with the contact the person has with the policy makers. That's one of the things that where does the district court say? The record provides support for this much contact Yet they're saying in their appeal No, you have to assume they do more contact than that. That's what I'm saying is even accepting what the record shows about the amount of contact there was a reasonable officer Includes X X X about the job Got the form of their argument. There's no Johnson problem. That's just a pure legal argument. They're either right or wrong But I want to put you think that they weren't phrasing it that way you think they were taking issue with some Okay, I guess When that we have to look at what they say in their briefs and how Because it's the same So that was different because she could not testify against the job description that she didn't Have that problem And then you saw the argument that these persons are policymaker rest from where they were presented or not the policy makers Thank you Thank You counsel at this time would counsel for the appellants, please reintroduce himself back on the record he has a three-minute rebuttal I Don't want to think over your rebuttal, but I do want you you get the precise Point of dispute on which whether we have officers from Johnson turns They're depending the way you're bringing your argument take issue with factual the count of District or game about what it shows how much contractors people have And if you are Taking issue with some of those representations about what the record shows you can't consider your appeal So can you just address that point first? As I said earlier, we're not taking issue with any facts and even assuming that the Defendants didn't examine the job descriptions But even assuming they did That fact is relevant because the question again is he's saying the factual thing that you're disputing you are making representations in your appeal about how much contact these individuals have with the public for example, and And their attention is the district court doesn't agree with your account of what the record shows So just at the threshold, there's a job We Problem because what we're saying in our plea is Will be at the job descriptions as they are in the record as I said, and it's 27 21 30 90 20 20 46 and 20 47 So what we're saying is that a reasonable official looking at those job descriptions and what we did in our brief was looking at those job descriptions and our brief is clear that we're only looking at the Records about the job description for not taking issue with any facts So in that in that sense, we're not We're not presenting an adjustment problem We're just repeating what the job description says So That that description does not represent the duties of a policy maker then you lose Period on the issue of qualified immunity and there's no need for any further flushing out of tax There are so looking at the job description and as the case law as I said the other cricket case So this report case that decided that the that the same positions were not protected If you look at those things our position is that the court should conclude that those positions are not protected but yes, the job descriptions we think are The main document that this court should look as this court has said in our cases So so so if we if you looking at the job descriptions think that we're not To qualify immunity Our position is that you should also look to the case law for example, that's the other cricket case So the court should consider The record including the job descriptions and what the law was published in 2017. Okay, I just want one more thing So if we if we conclude that a reasonable person looking at the job description Would not come to the conclusion that that was a policy making description conclusion then what If you if you if the court concludes that Then the court should also look at if the law was fairly stylish in 2017 And as we said, well, the law is clearly established that people that in policy making positions cannot be hired for Issues, right? That's clearly established I don't think that's debatable. Yes, but now the exception is that the person is in a policy-making position Then that's the exception to the general rule, right? There are no Reasonably objective person and he wants to focus on the resume looking at the job description Would conclude that that's not a policy-making position as described in the position. My question is then what? Under that scenario Again, as I said, it's true. The court should look at the job descriptions. But what I'm saying is that community also includes hypothetical Officer would have done At that time and we also have to look if the law was clearly established We have to consider only what the record says the court should also consider what the law said and the law in 2017 wasn't really established Saying okay a reasonably objective person might conclude that that's not a policy Maybe in position, but you say the next step would be what was it was the law reasonably established that what? What do you say? No, no To that person to that second part of the question that the answer would be that the court should look into if in 2017 It was clearly established that those positions were positive. So if the answer is Yes, they they weren't protected if the answer is no they are protected and our position is that on the two products of five? I really there's no violation because the current policy makers and they were they were classmate They're sorry, and the second problem would be that the law wasn't really established. So can I ask you suppose the record showed? It's just not clear of what they were So in that sense this process gray areas favor quite a mini so if The court if this is close case It should favor qualify immediately as the score has said reasonable officials should not should they don't have to call it first of all There's no reason to be confident that there are policy makers it's not enough to show that but there's not enough to show That they're protected right? It's just either either way. You're entitled to fire them based on politics. That's why we're saying that Can I add something else that's really important So I was revisiting the record again regarding the law the case question Just ask and I didn't see any Decision in this particular case regarding If the research injunction applies to a lot of the two long line defendants The appeals targeted after before the problem was when in fact in March of 2022 so if the question was if why we didn't appeal you're not necessarily a case or or I mean, we obviously cannot do that. And I think we're pursuing the price for him in this case, but we didn't see any decision from the district court saying that the Individual capacity defendants are in this there is nothing there is nothing in this case. It's a where of any Decision from the district court as I said, yeah, it was even targeted before The plan was confirmed It was in 2021 and the plan was confirmed in March 2022 So at least we don't know the final decision in this case concerning 944B Remember I have a message. John entered after the appeal was targeted It only discusses the qualified immunity issue, so we are not aware of any decision from the district court concerning 944B. Thank you counsel that concludes argument in this case